UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WH HOLDINGS, LLC<br>Plaintiff,<br><br>Versus<br><br>ACE AMERICAN INSURANCE<br>COMPANY<br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 07-7110<br><br>SECTION: A<br>MAGISTRATE: 5<br><br>District Judge Jay C. Zainey<br>Magistrate Alma L. Chasez |

## *EX PARTE MOTION TO ENROLL COUNSEL PRO HAC VICE*

**NOW INTO COURT**, comes Glenn G. Goodier of the law firm of Jones, Walker, Waechter, Poitevent, Carrère and Denègre, a member of good standing of the bar of this Court and the State of Louisiana, and counsel for Axis US Insurance, XL Insurance (Bermuda) Ltd., Lloyds of London, and Swiss Re International SE, as asignee of WH Holdings, L.L.C., to request permission from this Court that the following attorney be allowed to appear *pro hac vice* in this matter as additional counsel for Axis US Insurance, XL Insurance (Bermuda) Ltd., Lloyds of London, and Swiss Re International SE, as asignee of WH Holdings, L.L.C.:

>   Peter E. Kanaris
>   Fisher Kanaris, P.C.
>   200 South Wacker Drive (22nd Floor)
>   Chicago, Illinois 60606
>   Direct: (312) 879-1526
>   Facsimile: (312) 474-1410
>   Email: pkanaris@FISHERKANARIS.com
>   Illinois Bar Registration No.: 6190705

Attached to this Motion are the following: (1) a document issued by the Clerk of the Supreme Court of the State of Illinois, where Mr. Kanaris has been admitted to practice, showing that the applicant has been admitted in such Court and that he is in good standing therein; and (2)

the Affidavit of Peter E. Kanaris stating that he is a member of good standing of the Illinois Bar and that he is not the subject of any disciplinary or criminal proceeding.

**THEREFORE**, it is requested that Peter E. Kanaris be allowed to appear and participate in this case as co-counsel of record for Axis US Insurance, XL Insurance (Bermuda) Ltd., Lloyds of London, and Swiss Re International SE, as asignee of WH Holdings, L.L.C. and for all other relief as is justified in the premises.

Respectfully submitted,

/s/ Glenn G. Goodier
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana 70170
Tel. (504) 582-8174 Fax (504) 589-8174
ggoodier@joneswalker.com
*Counsel for Axis US Insurance, XL Insurance (Bermuda) Ltd., Lloyds of London, and Swiss Re International SE as Asignee of WH Holdings, L.L.C.*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a copy of the above and foregoing has been served on counsel of record by facsimile and/or by hand and/or by depositing same in the U.S. Mail, postage prepaid, properly addressed, this 11th day of March, 2009.

/s/ Glenn G. Goodier
GLENN G. GOODIER
